**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1046**

---

ANTOINNETTEIA KNIGHT,

Plaintiff - Appellant,

v.

CITIFINANCIAL, INC., now known as OneMain Financial Services; RESOURCES REAL ESTATE SERVICES, LLC; NATIONSTAR, a/k/a Mr. Cooper Mortgage, a/k/a Mortgage Services; WILLIAM WERTMAN AND THE FIRM OF KRISTINE D. BROWN, Associates-In-Fact; FIRST FRANKLIN, c/o Security Connection & Citi Group Lifestyle Realty Management, LLC; GOLDEN TRUST & ESCROW, LLC; JESSICA LAPRADE; FIDELITY NATIONAL TITLE INSURANCE COMPANY; BALTIMORE MUNICIPAL AND CITY OF BALTIMORE & MARYLAND BUREAU OF REVENUE COLLECTIONS,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:24-cv-01938-BAH)

---

Submitted:  July 29, 2025                    Decided:  July 31, 2025

---

Before KING, WYNN, and BERNER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Antoinnetteia Knight, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoinnetteia Knight appeals the district court's order dismissing her civil complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error in the district court's determination that Knight failed to cure the deficiencies in the complaint identified by the district court and that the complaint otherwise failed to state a claim upon which relief could be granted.  Accordingly, we affirm the district court's order.  *Knight v. Citifinancial, Inc.*, No. 1:24-cv-01938-BAH (D. Md. Dec. 20, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*